IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

ROBERT FOLKS,                                    *

              Plaintiff,                         *

v.                                                  Case No.   5:25-cv-00304-CAR-ALS
                                                 *

MARIE D BRODER et al,                            *

              Defendants.                        *

_____                 *


**J U D G M E N T**

Pursuant to this Court's Order dated March 18, 2026, and for the reasons stated therein,

JUDGMENT is hereby entered dismissing this case. Plaintiff shall recover nothing of Defendants.

This 18th day of March, 2026.

David W. Bunt, Clerk


s/ Erin Pettigrew, Deputy Clerk